IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01481-BNB

MARCOS ANTONY BOYCE, a/k/a MARK BOYCE,

    Petitioner,

v.

DAVID BERKEBILE, Warden,

    Respondent.

ORDER OF DISMISSAL

    Petitioner, Marcos Antony Boyce, also known as Mark Boyce, is a prisoner in the custody of the Federal Bureau of Prisons at the United States Penitentiary, Administrative Maximum, in Florence, Colorado.  Through counsel, Mr. Boyce initiated this action by filing a Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241 (ECF No. 1) challenging the validity of his criminal conviction.  Mr. Boyce alleges that he was convicted in the United States District Court for the Northern District of Georgia in case number 94-cr-387 of accessory to murder and aiding and abetting in connection with the July 1994 murder of an inmate at a federal prison in Atlanta, Georgia.  On May 30, 2014, Magistrate Judge Boyd N. Boland entered an order (ECF No. 4) directing Mr. Boyce to show cause why the petition should not be denied because he has an adequate and effective remedy available to him pursuant to 28 U.S.C. § 2255 in the sentencing court.  Mr. Boyce was warned that the action would be dismissed without further notice if he failed to show good cause within thirty days.

On June 30, 2014, Mr. Boyce filed a Motion to Enlarge Time to Respond to Order to Show Cause (ECF No. 5) and requested an extension of time until September 2, 2014, to file a response. That same day Magistrate Judge Boland entered a minute order (ECF No. 6) granting an extension of time until July 30, 2014.

Mr. Boyce has not communicated with the court since June 30, 2014. As a result, he has failed to show cause within the time allowed and the action will be dismissed for failure to prosecute. Furthermore, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status will be denied for the purpose of appeal. *See Coppedge v. United States*, 369 U.S. 438 (1962). If Petitioner files a notice of appeal he also must pay the full $505 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24. Accordingly, it is

ORDERED that the habeas corpus petition (ECF No. 1) is denied and the action is dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for failure to prosecute. It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied without prejudice to the filing of a motion seeking leave to proceed *in forma pauperis* on appeal in the United States Court of Appeals for the Tenth Circuit.

DATED at Denver, Colorado, this  12th  day of    August    , 2014.

BY THE COURT:

   s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court